# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael C. Hennen, Crystal L. Hennen,

        Appellants,                       Civil No. 11-26 (RHK)

vs.                                   **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

U.S. Department of Justice,
Office of U.S. Trustee, New
Market Bank,

        Appellees.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 27, 2011

                                                                s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge